IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WAYNE ALLEN BIGGINS,

    Petitioner,

vs.      CIVIL ACTION NO.: CV212-024

ANTHONY HAYNES, Warden, and
FEDERAL BUREAU OF PRISONS,

    Respondents.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Wayne Biggins ("Biggins") contends that he raises no new arguments but opines that the Magistrate Judge reached the wrong conclusion based on the facts presented. Biggins states that he was convicted for a drug quantity. Biggins contends that the United States Supreme Court determined in United States v. Booker, 543 U.S. 220 (2005), that a defendant could not be convicted for drug quantity. Even if the undersigned were to consider Biggins' assertion, Booker does not apply retroactively to cases on collateral review. Varela v. United States, 400 F.3d 864, 867-68 (11th Cir. 2005).

AO 72A
(Rev. 8/82)

Biggins' Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Biggins' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 15 day of June, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA